152

AGNES MYSTEK, Plaintiff-Appellee, *v.* HUMBERTO Q. DE LA ROSA, Defendant-Appellant.

(No. 57787;

First District (3rd Division)—February 15, 1973.

PER CURIAM.

Alvin E. Rosenbloom, of Chicago, for appellant.

Eugene P. Meegan, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee , *v.* FRANK McCALL, Defendant-Appellant.

(No. 56376;

First District (5th Division)—February 16, 1973.

PER CURIAM.